**Slip Op. 08-137**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., | |
| Plaintiff, | Before: Richard W. Goldberg, Senior Judge |
| v. | |
| UNITED STATES, | Court No. 96-00132 |
| Defendant. | |

<u>ORDER</u>

In accordance with the decision (Aug. 22, 2008) and mandate (Dec. 1, 2008) of the United States Court of Appeals for the Federal Circuit, Appeal No. 2007-1518, affirming in part, and reversing in part this Court's judgment in <u>Volkswagen of America, Inc. v. United States</u>, 31 CIT \_\_, Slip Op. 07-47 (Mar. 28, 2007), it is hereby:

**ORDERED** that the portion of this Court's order denying Volkswagen's claim to an allowance pursuant to 19 C.F.R. § 158.12 for repairs made in response to government-mandated recalls is vacated; and it is further:

**ORDERED** that:

(1) On or before January 16, 2009, the parties shall submit supplemental briefing as to whether the defects remedied in response to the FTC and state recalls existed at the time of importation; and

(2) On or before January 30, 2009, the parties shall file a proposed scheduling order for the submission of this action for trial as to the remaining issue of verifying the applicable allowance amounts.

**IT IS SO ORDERED.**

/s/ Richard W. Goldberg
**Richard W. Goldberg**
**Senior Judge**

**Date: December 18, 2008**
**New York, New York**